**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES SEBEK, | Civil Action No. 14-774 |
| Plaintiff, | |
| v. | Judge Joy Flowers Conti |
| HOSS'S STEAK AND SEA HOUSE, INC., | |
| Defendant. | JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL**

The parties, through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), file this Stipulation of Dismissal having reached a settlement satisfactory to all parties, it is hereby agreed that this action shall be dismissed with prejudice. The parties agree to bear their own attorney's fees and costs.

Respectfully submitted:

| | |
|---|---|
| /s/ *Nikki Velisaris Lykos* | /s/ *Michael J. Wagner* |
| Nikki Velisaris Lykos | Michael J. Wagner |
| PA I.D. No. 204813 | PA I. D. No. 39364 |
| nvlykos@rothmangordon.com | mwagner@wagfinn.com |
| | |
| Rothman Gordon, P.C. | Wagner & Finn |
| 310 Grant Street, Third Floor | 153 Lakemont Park Boulevard |
| Pittsburgh, PA 15219 | Altoona, PA 16602 |
| (412) 338-1121 – phone | (814) 944-4700 – phone |
| (412) 246-1721 – fax | (814) 944-3705 - fax |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |